**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CONTRERAS MANZANO, | ) Case No 2:19-CV-08701-AS |
| Plaintiff, | ) **[~~PROPOSED~~] JUDGMENT** |
| vs. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 1, 2020

/ s / Sagar

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE